FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 AUG 29  AM 11: 29

CLERK
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROYLEE SMITH, )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-103
)
SOCIAL SECURITY ADMINISTRATION, )
)
    Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **28th** day of August 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA